[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

RAE MONA LILLY )
)
_____ )
)
Plaintiff(s), )
) 1:19-cv-07582
v. ) **Judge Thomas M. Durkin**
) **Magistrate Judge Jeffrey Cummings**
United Ground Express, Inc. )
)
_____ )
)
Defendant(s). )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is RAE MONA LILLY of the county of COOK in the state of ILLINOIS.

3. The defendant is United Ground Express, whose street address is 233 S. Wacker Drive, (city) Chicago (county) Cook (state) Illinois (ZIP) 60606

   (Defendant's telephone number) (872)-825-4000

4. The plaintiff sought employment or was employed by the defendant at (street address) O'hare International Airport (city) Elk Grove Village (county) Cook (state) IL (ZIP code) 66142

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

   (a) ☐  was denied employment by the defendant.

   (b) ☑  was hired and is still employed by the defendant.

   (c) ☐  was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) July, (day) 1, (year) 2018.

7.1 (*Choose paragraph 7.1 or 7.2, do not complete both*.)

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☑ *has*  ☐ *has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☑ the United States Equal Employment Opportunity Commission, on or about

   (month) 2 (day) 06 (year) 2019.

   (ii) ☐ the Illinois Department of Human Rights, on or about

   (month)_____ (day)_____ (year)_____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☑ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____

(day)_____ (year)_____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes   ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes   ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☑ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)___8___ (day)__15__ (year)__2019__ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [***check only those that apply***]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☒ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): limited Employment Advancement opportunities to mainline United Airlines

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

13. The facts supporting the plaintiff's claim of discrimination are as follows:

THERE HAVE BEEN MULTIPLE COMPLAINTS TO HR AND COMMUNICATION TO MANAGEMENT REGARDING FALSIFIED SENIORITY PLACEMENT, HARASSMENT AND RETALIATION AFTER ORIGINAL EEOC COMPLAINT WAS FILED. I SUBSEQUENTLY FILED A SECOND COMPLAINT

14. **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) ☐ Direct the defendant to hire the plaintiff.

    (b) ☐ Direct the defendant to re-employ the plaintiff.

    (c) ☐ Direct the defendant to promote the plaintiff.

    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f) ☒ Direct the defendant to (specify): PAY FINANCIAL SETTLEMENT TO BE DETERMINED

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g)  ☒  If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h)  ☒  Grant such other relief as the Court may find appropriate.

_____
(Plaintiff's signature)

RAE MONA LILLY
(Plaintiff's name)

1921 Ridge Road Box 463
(Plaintiff's street address)

(City) Homewood   (State) IL.   (ZIP) 60430

(Plaintiff's telephone number) (312) – 802-9881

Date: 11/15/2019

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Rae M. Lilly<br>PO BOX 463<br>Homewood, IL 60430 | From: | Chicago District Office<br>230 S. Dearborn<br>Suite 1866<br>Chicago, IL 60604 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2019-02121 | **Daniel Acosta,**<br>**Investigator** | (312) 872-9667 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*     8/15/19

Enclosures(s)     **Julianne Bowman,**<br>**District Director**     *(Date Mailed)*

cc:    **United Ground Express**

**c/o Courtney M. Ofosu, Esq.**
**Reed Smith LLP**
**10 South Wacker Drive**
**Chicago, IL 60606**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA <br> ☒ EEOC | 440-2019-02121 |

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Ms. Rae M Lilly | (312) 802-9881 | 1966 |

Street Address: PO BOX 463, HOMEWOOD, IL 60430

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| UNITED GROUND EXPRESS | 501+ | (773) 601-3706 |

Street Address: 1000 West Bessie Coleman Dr, PO Box 66142, CHICAGO, IL 60660

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (*Specify*)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08-01-2018  Latest: 01-30-2019
☒ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I began my employment with Respondent on or about April 3, 2018. My current position is AAA Airport Assistance Agent. During my employment, I have been subjected to workplace harassment and different terms and conditions than non-Black employees, including, but not limited to, my Seniority not being honored and denied assignment opportunities. I complained to no avail.

I believe I have been discriminated because of my race, Black, and in retaliation for engaging in protected activity, in violation of Title VII of Civil Rights Act of 1964, as amended.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Digitally signed by Rae Lilly on 02-06-2019 11:30 AM EST

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(*month, day, year*)

## POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:** F

**Disabled:** I do not have a disability

**Are you Hispanic or Latino?** not hispanic or latino

**Ethnicity:** Black or African American,

**National Origin:** Other African

## Adverse Action(s)

since my original complaint incidents have increased tenfold and Mohammad Aktar?s conduct remains unchecked.

To summarize what has happened since my original filing. Im subjected to extra scrutiny, harassed by phone and in person. On one occasion was called 11 times in one day prior to reporting to work, I have been humiliated and belittled in front of peers. Ambushed by management and escorted from my work location to multiple investigations which have all been unfounded. Subjected to a criminal background check after 1.5 years of employment and several security clearances already in place. Had demerits added w/o due process or union representation, been forced to stand idly for extended periods while a jr employee worked my position. Even after medical accommodations that UGE agreed to with regard to standing for extended periods. Threatened reprimand. I also am still being denied the right to exercise seniority as well as I believe being blackballed with United mainline.

# Supplemental Information

## What Reason(s) were you given for the action taken against you?

None

## Was anyone in a similar situation treated the same, better, or worse than you?

## Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.

I am not saying that either of these individuals would support my claim but they can?t confirm facts associated;

Emmanuel Wigginson- Manager can confirm that he has had five or more disciplinary meetings with me since my last filing and each time the charge has been dismissed.

Danny Raices- Colleague

**Please tell us any other information about your experience?**

I am also a union shop steward and after making inquiries of contract violations, which he completely ignores, I have had disciplinary action taken against me as well. What I am being subjected to at this point is textbook retaliation and without question fits 4 of the 7 examples provided on the EEOC site. Not only am I being denied opportunities to work more desirable positions within UGE, I believe that I have been blackballed with United Airlines mainline, which was my original reason behind the sacrifices made when I accepted a position with UGE. This is causing tremendous stress and has started impacting me in ways that extend beyond UGE